# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

VERNZELL WYATT, INDIVIDUALLY
AND ON BEHALF OF HIS MINOR
CHILDREN, V.W. AND G.W.

VERSUS

LISA MARIE IRVIN DELOUNE,
DREAM PROVIDER CARE SERVICES
OF LOUISIANA, INC., AND ABC
INSURANCE COMPANY

NO. 2020 CW 1156

**FEBRUARY 1, 2021**

---

In Re:     Dream Provider Care Services of Louisiana, Inc.,
           applying for supervisory writs, 19th Judicial District
           Court, Parish of East Baton Rouge, No. 657688.

---

**BEFORE:   THERIOT, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**

                              **MRT**
                              **EW**
                              **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT